# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-three.

_____

CIT Bank N.A.,

    Plaintiff-Counter-Defendant-Appellee,

v.

Pamela Schiffman, Jerry Schiffman,

    Defendants-Counter-Claimants-Appellants,

JP Morgan Chase Bank, National Association, New York City Parking Violations Bureau,

    Defendants.
_____

**ORDER**

Docket No. 23-487

By noticed filed September 8, 2023 Appellant Pamela Schiffman advised this Court that she filed a bankruptcy proceeding in the United States Bankruptcy Court for the Eastern District of New York on May 24, 2023.

In accordance with the stay provisions of the Bankruptcy Code, 11 U.S.C. § 362,

It is hereby ORDERED that this appeal is stayed.

Appellant is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON 09/11/2023